**Order entered February 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00619-CV**
**No. 05-13-00620-CV**

**LUIS A. AND LINDA A. SANTIAGO, Appellants**

**V.**

**NOVASTAR MORTGAGE, INC., THE BANK OF NEW YORK MELLON, AND
SURBABAN TITLE, LLC, Appellees**

**LUIS A. AND LINDA A. SANTIAGO, Appellants**

**V.**

**MACKIE WOLF ZIENTZ & MANN, P.C., Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-02073-2011**

## ORDER

Before the Court is appellee The Bank of New York Mellon's February 25, 2014 request to submit this case on April 29, 2014 with cause number 05-13-00620-CV, *Santiago v. Mackie Wolf Zientz & Mann, P.C.* pursuant to our September 13, 2014 order in cause number 05-13-00620-CV. In that order, the Court denied appellee's motion to abate cause number 05-13-00620-CV, but stated the Court would submit cause numbers 05-13-00619-CV and 05-13-

00620-CV on the same date before the same panel. We **GRANT** appellee's motion to the extent that we **REMOVE** cause number 05-13-00620-CV, *Santiago v. Mackie Wolf Zientz & Mann, P.C.* from submission on April 29, 2014 at 1:00 p.m. Both cause numbers 05-13-00619-CV and 05-13-00620-CV will be submitted on the same date before the same panel before the end of the term.

We **DIRECT** the Clerk of the Court to identify these two cases as companion cases on the case management system.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE